THE ATTORNEY GENERAL
OF TEXAS



WILL WILSON
ATTORNEY GENERAL

February 17, 1960

Hon. Robert S. Calvert
Comptroller of Public Accounts
Capitol Station
Austin, Texas

OPINION NO. WW-808

Re: Where a corporation overpaid
a tax between 9-1-59 and 10-
16-59, may it now be issued a
Tax Credit as authorized by
Title 122A, Art. 1.11, by the
State Comptroller, who assumed
administration of this function
on 10-16-59.

Dear Mr. Calvert:

You have asked us to rule upon the question of
your authority under Title 122A, Art. 1.11, to issue a Tax
Credit for an overpayment of a corporation tax, which tax
was paid subsequent to the effective date of the Act above
referred to and prior to the 15th day of October when you
physically assumed the duties provided for in said Act.

The Act provides, among other things, in Art. 1.11,
Para. 2, as follows:

"When the Comptroller determines that
any person, firm or corporation has
through mistake of law or fact overpaid
the amount due the State on any tax
collected or administered by the Comp-
troller, the Comptroller may, with the
consent of the taxpayer, credit the per-
son, firm or corporation overpaying the
tax with the amount of such overpayment."

The Act designated as Title 122A-Taxation-General
further provides in Chapter 24, Art. 24.01, Sec. 8 as follows:

"Effective date. This Act shall be
effective September 1, 1959."

Therefore, you are authorized and it becomes your duty to follow the provisions of the Act from and after September 1, 1959 and that you may credit the corporation overpaying the tax with the amount of such overpayment.

## SUMMARY

Under the facts submitted in the opinion you may credit the corporation overpaying the tax with the amount of such overpayment.

Yours very truly,

WILL WILSON
Attorney General of Texas

By

Marvin H. Brown, Jr.
Assistant

MHB,Jr:si

APPROVED:

OPINION COMMITTEE:
W. V. Geppert, Chairman

John C. Phillips

Harris Toler

J. C. Davis, Jr.

Bob Eric Shannon

REVIEWED FOR THE ATTORNEY GENERAL

By: Leonard Passmore